# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CISNEROS, <br><br> Petitioner, <br><br> v. <br><br> WARDEN AT CORCORAN PRISON, <br><br> Respondent. | Case No. EDCV 16-02554-JVS (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 8, 2018

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE